**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES EVERETT SHELTON, et al.**,<br><br>*Defendants*. | **Case No. 2:20-cv-00163-JDW** |

## ORDER

**AND NOW**, this 27th day of January, 2020, upon review of the docket in the above-captioned matter, it is **ORDERED** that Plaintiffs, Jacovetti Law, P.C. and FCS Capital LLC, shall file corporate disclosure statements pursuant to Fed. R. Civ. P. 7.1(a), within seven (7) days of the date of this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.