APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOVETTI LAW P.C., et. al | : | CIVIL ACTION |
| v. | : | |
| JAMES EVERETT SHELTON, et. al | : | NO.  2:20-cv-00163-JDW |

## ORDER

AND NOW, this  11th  Day of February  , 2020 , it is hereby

ORDERED that the application of  Bryan Anthony Reo  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]  GRANTED.

[ ]  DENIED.

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.