IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES EVERETT SHELTON, et al.**, <br><br> *Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 14th day of February, 2020, upon review of the docket in the above-captioned matter and having determined that Plaintiffs Jacovetti Law, P.C. and FCS Capital LLC, failed to comply with this Court's Order directing them to file corporate disclosure statements by February 3, 2020 (ECF No. 2), Plaintiffs Jacovetti Law, P.C. and FCS Capital LLC, are **ORDERED** to show cause in a memorandum not to exceed three (3) pages filed on or before February 21, 2020, explaining why the Court should not sanction them for failure to comply with the Court's prior Order.

It is **FURTHER ORDERED** that Defendant Final Verdict Solutions shall file a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1(a), within seven (7) days of the date of this Order.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.