**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Shelton &*
*Final Verdict Solutions*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW P.C., et. al** | Case No. 2:20-cv-00163-JDW |
| | Honorable Joshua D. Wolson |
| Plaintiffs, | |
| v. | |
| **JAMES EVERETT SHELTON, &** | |
| **FINAL VERDICT SOLUTIONS** | |
| Defendants. | |

### CORPORATE DISCLOSURE STATEMENT BY DEFENDANT FINAL VERDICT SOLUTIONS

Defendant James E. Shelton, individually and d/b/a Final Verdict Solutions, hereby states that Final Verdict Solutions is not a corporation, and therefore, it has no parent corporation and no publicly held corporation holds more than 10% of its stock. Rather, it is a "Fictitious Business Name" registered to and owned by Defendant James Shelton. Mr. Shelton registered the fictitious business name, Final Verdict Solutions, with the Pennsylvania Department of State on March 7, 2016. Attached is a true and correct copy of Defendant's fictitious business name registration with the Pennsylvania Department of State.

/s/ Bryan Anthony Reo

Dated: February 16, 2020

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Shelton &*
*Final Verdict Solutions*

## Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on February 16, 2020, which should serve said document upon all attorneys of record for the instant civil action:        /s/ BRYAN ANTHONY REO_____

**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Defendants James Everett Shelton &*
*Final   Verdict Solutions*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS
401 NORTH STREET, ROOM 206
P.O.BOX 8722
HARRISBURG,PA 17105-8722
WWW.CORPORATIONS.PA.GOV

James Shelton
316 Covered Bridge Road
King of Prussia PA 19406

Final Verdict Solutions

      THE BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS IS HAPPY TO SEND YOUR FILED DOCUMENT. THE BUREAU IS HERE TO SERVE YOU AND WE WOULD LIKE TO THANK YOU FOR DOING BUSINESS IN PENNSYLVANIA.

      IF YOU HAVE ANY QUESTIONS PERTAINING TO THE BUREAU,PLEASE VISIT OUR WEBSITE AT www.dos.pa.gov/BusinessCharities OR YOU MAY CONTACT US BY TELEPHONE AT (717)787-1057. INFORMATION REGARDING BUSINESS AND UCC FILINGS CAN BE FOUND ON OUR SEARCHABLE DATABASE AT www.corporations.pa.gov/Search/CorpSearch .

      ENTITY NUMBER :  6368615

| Corporations ▾ | Search Business Entities (corpsearch.aspx) | Search UCC Transactions (uccsearch.aspx) | Forms ▾ |

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)  Login (../Account/ValidateUser)

Register (../Account/Register_account)

Search entity / Select entity / **Order documents**

# Order Business Documents



**Date**: 03/24/2018

### Business Name History

| Name | Name Type |
|---|---|
| Final Verdict Solutions | Current Name |

### Business Entity Details
### Officers

| Name | Final Verdict Solutions |
|---|---|
| Entity Number | 6368615 |
| Entity Type | Fictitious Names |
| Status | Active |
| Citizenship | Domestic |
| Entity Creation Date | 03/07/2016 |
| Effective Date | 03/07/2016 |
| State Of Inc | PA |
| Address | 316 Covered Bridge Road King of Prussia PA 19406 Montgomery |

| Name | James Shelton |
|---|---|
| Title | OWNER |
| Address | 316 Covered Bridge Road King Of Prussia PA 19406 |

### Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show 25 ▼ entries                                   Filter Records

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 03/07/2016 | Application for Registration of Fictitious Name 1 | 2 | 1 | $3.00 | 0 | $40.00 | | | | |

Showing 1 to 1 of 1 entries                                          Previous  1  Next

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | All Dates | All Certified Copies | 2 | Quantity # | 1 | $46.00 | | | | | |
| ☐ | All Dates | All Plain Copies | 2 | Quantity # | 1 | $6.00 | | | | | |

## Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | Line Total |
|---|---|---|---|---|---|---|
| ☐ | 03/24/2018 | Index and Docketing Report | 1 | 1 | $15.00 | |
| ☐ | 03/24/2018 | Index and Docketing Certified Report | 1 | 1 | $55.00 | |

**Order Total :**

[<< Back to Search Results]

[Login]