IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACOVETTI LAW P.C., et al.<br><br>Plaintiffs,<br><br>v.<br><br>JAMES EVERETT SHELTON, et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:20-cv-00163-JDW<br><br>*Civil Action* |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME PURSUANT TO F.R.C.P. 6(b)[1]**

1. Plaintiffs hereby request an extension of time to file their response to the Order to show cause docketed at 7 on 2/14/2020.

2. This order gave counsel for Plaintiff's counsel seven (7) days from entry of the Order to respond to the order from January 27, 2020 regarding the filing of Corporate Disclosure Statements.

3. Plaintiff's Counsel intends to file a motion to amend to remove some parties and to update the claims, and will be filing that motion, with proposed amended complaint, along with the proper disclosures.

4. As such, we ask for an additional seven (7) days from February 21, 2020 until February 28, 2020 to submit the pleadings.

5. We appreciate the court's understanding in this matter.

As such, Plaintiffs request that an extension of time be granted for the response to February 28, 2020.

---

[1] This is being filed the next business day after the due date because of filing issues on Friday, February 21, 2020.

   /s/ Joshua Thomas
Joshua L. Thomas and Associates
Joshua Thomas Esq.
Supreme Court ID No. 003992012
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone: (215) 806-1733
Email: JoshuaLThomas@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JACOVETTI LAW P.C., et al.<br><br>Plaintiffs,<br><br>v.<br><br>JAMES EVERETT SHELTON, et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:20-cv-00163-JDW<br><br>*Civil Action* |

**ORDER**

It is hereby ordered by the court, that Plaintiff's counsel shall have until February 28, 2020 to submit a response to the Order to Show Cause.

_____

J.