IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**, *Plaintiffs*, v. **JAMES EVERETT SHELTON, et al.**, *Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 25th day of February, 2020, upon consideration of Plaintiffs' Motion for an Extension of Time (ECF No. 11) to respond to the Court's Order to Show Cause (ECF No. 8), the Court finds that Plaintiffs have not shown excusable neglect or good cause warranting an extension. However, given the significant impact of a potential sanctions Order, the Court will give Plaintiffs the additional time they requested in order to respond and explain why they should not be sanctioned for failure to comply with the Court's prior Order (ECF No. 2).

Therefore, it is **ORDERED** that the Motion is **GRANTED**, and Plaintiffs shall file their Rule 7.1 corporate disclosure statement **and** their response to the Order to Show Cause no later than February 28, 2020. **No further extensions will be granted**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.