IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES EVERETT SHELTON, et al.**,<br><br>*Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 27th day of February, 2020, upon consideration of Defendants James Everett Shelton and Final Verdict Solutions' Motion for Judgment on the Pleadings (ECF No. 6), the Court notes as follows:

1) Defendants filed their Motion on February 11, 2020;

2) Pursuant to this Court's Local Rules of Civil Procedure, Plaintiffs' response to the Motion, if any, was due by February 25, 2020. *See* L. R. Civ. P. 7.1(c) (requiring any response in opposition to a motion be filed within fourteen (14) days after service);

3) As of the date of this Order, Plaintiffs have failed to respond to Defendants' Motion; and

4) The Court is authorized to grant Defendants' Motion as unopposed. *See* L. R. Civ. P. 7.1(c) ("In the absence of a timely response, the motion may be granted as uncontested except as provided under Fed. R. Civ. P. 56."); *see also Hung Nguyen v. Bosch Sec. Sys., Inc.*, No. 18-cv-1675, 2018 WL 5839701, at *2 (E.D. Pa. Nov. 8, 2018) (granting motion for judgment on the pleadings as unopposed); *Spann v. Midland Credit Mgmt. & Midland Funding, LLC*, No. 16-cv-

3946, 2016 WL 5390671, at *4 (E.D. Pa. Sept. 27, 2016) (same); *Smith v. Zeeky Corp.*, No. 09-cv-4253, 2010 WL 1878716, at *8 (E.D. Pa. May 7, 2010) (same).

In light of the foregoing, it is **ORDERED** that Defendants' Motion for Judgment on the Pleadings (ECF No. 6) is **GRANTED** as uncontested, and Plaintiffs' claims against Defendants James Everett Shelton and Final Verdict Solutions are **DISMISSED WITH PREJUDICE**. Plaintiffs' claims against Defendant Dan Boger remain.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.