# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**, *Plaintiffs*, v. **JAMES EVERETT SHELTON, et al.**, *Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 12th day of March, 2020, upon consideration of Plaintiff's Second Motion for an Extension of Time to File a Response Thereto (ECF No. 15), it is **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that, upon consideration of Defendants' Motion for Sanctions (ECF No. 17), for the reasons stated in open court, the Motion is **DENIED.**

It is **FURTHER ORDERED** that Defendants shall submit a memorandum in opposition to the Counter Motion to Reopen and Amend (ECF No. 19) by March 20, 2020. Plaintiffs shall file any Reply to this Opposition no later than seven (7) days after the previous filing.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.