# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES EVERETT SHELTON, et al.**, <br><br> *Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 27th day of March, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that, pursuant to this Court's inherent powers, and for good cause shown, Joshua Lewis Thomas, Esq., is **SANCTIONED** as follows:

1. Within 14 days of the date of this Order, Thomas shall pay into the Court's registry a sanction of $50 per day for each day that Thomas failed to comply with this Court's Order to submit disclosure statements pursuant to Fed. R. Civ. P. 7.1 (February 2, 2020, through March 6, 2020), a total of $1,600;

2. Within two days of the date of this Order, Thomas shall order the transcript of the hearing that took place in this case on March 12, 2020;

3. Within seven days of receiving the transcript, Thomas shall provide a copy of this Order, the accompanying Memorandum, and the transcript to the disciplinary committee of every state bar and federal court in which he is licensed or admitted to practice. Thomas shall then submit to this Court a statement, made under oath, that he has complied and attach proof of delivery;

4. Within seven days of receiving the transcript, Thomas shall provide a copy of this Order, the accompanying Memorandum, and the transcript to the Court in *Edwards v. Wells Fargo Bank National Association et al.*, Civ. No. 19-14409 (D.N.J.), for its consideration as it decides whether to refer Thomas for discipline, and Thomas shall provide to this Court a sworn statement of compliance and proof of delivery;

5. Within seven days of receiving the transcript, Thomas shall provide a copy of this Order, the accompanying Memorandum, and the transcript to all of his clients in this matter and then submit to the Court a statement under oath that he has done so. To the extent Thomas intends to continue as counsel in this case, he must first submit to the Court a statement in writing signed by each client that intends to continue to employ him as counsel, stating that the client has received a copy of this Order, the accompanying Memorandum, and the transcript, has discussed them with Thomas, and wants to continue to employ Thomas as counsel in this case; and

6. In light of Mr. Thomas's consistent failure to comply with this Court's deadlines and Orders, and more generally for his failure to comply with the Court's expectations for professionalism by lawyers before it, Mr. Thomas is **FORMALLY REPRIMANDED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.