**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| JACOVETTI LAW P.C., ET AL. | : | |
| Plaintiffs, | : | NO.   2:20-CV-00163-JDW |
| v. | : | |
| JAMES EVERETT SHELTON, ET AL. | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Matthew B. Weisberg, Esquire, on behalf of Joshua L. Thomas, Esquire, in regards to the above-captioned matter.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| JACOVETTI LAW P.C., ET AL. | : | |
| Plaintiffs, | : | NO.   2:20-CV-00163-JDW |
| v. | : | |
| JAMES EVERETT SHELTON, ET AL. | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 1st day of April, 2020, a true and correct copy of the foregoing Notice of Appearance was served via ECF upon the following parties:

Joshua L. Thomas, Esquire
Joshua L. Thomas & Associates, PLLC
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317

Bryan A. Reo, Esquire
Reo Law, LLC
P.O. Box 5100
Mentor, OH 44061

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney ID #: 85570
7 S. Morton Avenue
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax
mweisberg@weisberglawoffices.com
*Attorney for Plaintiffs*