# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**, *Plaintiffs*, v. **JAMES EVERETT SHELTON, et al.**, *Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

AND NOW, this 20th day of May, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants James Everett Shelton's and Final Verdict Solutions' Motion to Disqualify Attorney Joshua Thomas as Attorney of Record for Plaintiffs and For Issuance of Show Cause Order (ECF No. 37) is **DENIED**; and

2. Joshua Thomas, Esquire's Motion for Reconsideration of Sanctions Order and Cross-Motion to Partially Vacate Enlargement Order (ECF No. 38) is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.