**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **JAMES EVERETT SHELTON, et al.**, <br><br> *Defendants*. | Case No. 2:20-cv-00163-JDW |

**ORDER**

AND NOW, this 5th day of June, 2020, upon review of Plaintiffs' Brief in Opposition to the Motion to Dismiss (ECF No. 47), it is **ORDERED** that Plaintiffs' submission is **STRICKEN** for failure to comply with Section I.C.1. of Judge Wolson's Policies and Procedures. Plaintiffs may resubmit a compliant filing by the close of business on June 5, 2020.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.