IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**JAMES EVERETT SHELTON, et al.**,<br><br>*Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

AND NOW, this 1st day of September, 2020, upon consideration of Defendants James Everett Shelton's and Final Verdict Solutions' Motion for Dismissal Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 46), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.