# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOVETTI LAW, P.C., et al.**, *Plaintiffs*, v. **JAMES EVERETT SHELTON, et al.**, *Defendants*. | Case No. 2:20-cv-00163-JDW |

## ORDER

AND NOW, this 1st day of September, 2020, upon review of the docket, it is **ORDERED** that, on or before September 8, 2020 Plaintiffs shall show cause in a memorandum not to exceed 10 pages why this Court should not dismiss all claims against Defendant Dan Boger for failure to effect service pursuant to Fed. R. Civ. P. 4(m).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.