**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES EVERETT SHELTON,       : | |
|     Plaintiff,       : | Case No.  2:18-cv-03723-JDW |
|            : | |
| v.       : | |
|            : | |
| FCS CAPITAL LLC, et al.       : | |
|     Defendants       : | |

| | |
|---|---|
|            : | |
| JAVOVETTI LAW., et al.       : | |
|     Plaintiffs,       : | Case No.  2:20-cv-00163-JDW |
|            : | |
| v.       : | |
|            : | |
| JAMES EVERETT SHELTON, et al.       : | |
|     Defendants.       : | |

**NOTICE OF APPEARANCE**

**TO THE CLERK:**

    Kindly enter the appearance of Joseph Silvestro, Esquire, on behalf of Robert Jacovetti, only, for the limited purpose of a Rule 11 hearing, in regards to the above referenced matters.

                        LAW OFFICE OF JOSEPH SILVESTRO, L.L.C.

                        /s/ Joseph Silvestro
                        JOSEPH SILVESTRO, ESQUIRE
                        PA ATTORNEY ID#: 86275
                        11 E. Second Street
                        Media, PA 19063
                        (610)627-0891
                        (610)627-1802 - Fax
                        jsj@josephsilvestrolaw.com
                        Attorney for Robert Jacovetti

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, : | |
| Plaintiff, : | Case No. 2:18-cv-03723-JDW |
| v. : | |
| FCS CAPITAL LLC, et al. : | |
| Defendants : | |
| | |
| JAVOVETTI LAW., et al. : | |
| Plaintiffs, : | Case No. 2:20-cv-00163-JDW |
| v. : | |
| JAMES EVERETT SHELTON, et al. : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Joseph Silvestro, Esquire, certify that on this 29th day of October, 2020, a true and correct copy of the foregoing Notice of Appearance was served via ECF upon the following:

Joshua Thomas, Esquire
Joshua L. Thomas & Associates, PLLC
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317

Lionell Artom-Ginzburg, Esquire
834 Chestnut Street, Suite 206
Philadelphia, PA 19107

Bryan A. Reo, Esquire
Reo Law, LLC
P.O. Box 5100
Mentor, OH 44061

LAW OFFICE OF JOSEPH SILVESTRO, L.L.C.

/s/ Joseph Silvestro
JOSEPH SILVESTRO, ESQUIRE
PA ATTORNEY ID#: 86275
11 E. Second Street
Media, PA 19063
(610)627-0891
(610)627-1802 - Fax
jsj@josephsilvestrolaw.com
Attorney for Robert Jacovetti